# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 21CR2825-DMS-02 |
| Plaintiff, | Hon. Dana M. Sabraw |
| v. | |
| ANTHONY DE LA CRUZ, (2), | ORDER TO CONTINUE MOTION HEARING |
| Defendant. | |

**IT IS HEREBY ORDERED** that Mr. De la Cruz's motion shall be continued from November 18, 2022, to December 16, 2022, at 10:00 a.m.

Time shall be excluded from November 18, 2022 to December 16, 2022 under the Speedy Trial Act because additional time is necessary to avoid a miscarriage of justice, and for effective preparation, taking into account the Parties' exercise of due diligence. *See* 18 U.S.C. §3161(h)(7)(B)(i), (iv).

IT IS SO ORDERED.

DATED: 11/15/22          By: _____
                                   HON. DANA M. SABRAW
                                   Chief District Judge